**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6870

JOEL AARON BURRELL,

Plaintiff - Appellant,

v.

WILLIAM J. ANDERSON, Lt. Col. Assistant Superintendent; DAVID HACKWORTH, Superintendent (previous); C. WALZ, Asst. Superintendent (previous); A. BOYER, Sgt.; K. MURPHY, Lieutenant; BHAGIRATH, Captain; D. SHIRLEY, Correctional Officer; JONES, Corporal; SCADD, Correctional Officer; JANE DOE, Wellpath Employee; L. JONES, Sergeant; GREEN, (Female), Corporal; JANE DOE, Correctional Officer; A. CASPER, Sergeant; CLARK, Doctor; P. WESTBROOK-SCOTT, Health Service Administrator,

Defendants - Appellees.

No. 22-6950

JOEL AARON BURRELL,

Plaintiff - Appellant,

v.

WILLIAM ANDERSON, Lt. Col. Assistant Superintendent; DAVID HACKWORTH, Superintendent (previous); C. WALZ, Asst. Superintendent (previous); A. BOYER, Sgt.; K. MURPHY, Lieutenant; BHAGIRATH, Captain; D. SHIRLEY, Correctional Officer; JONES, Corporal; SCADD, Correctional Officer; JANE DOE, Wellpath Employee; L. JONES, Sergeant; GREEN, (Female), Corporal; JANE DOE, Correctional Officer; A. CASPER, Sergeant; CLARK, Doctor; P. WESTBROOK-SCOTT, Health Service Administrator,

2

Defendants - Appellees.

———————————

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:21-cv-00864-TSE-TCB)

———————————

Submitted:  December 15, 2022                    Decided:  December 20, 2022

———————————

Before GREGORY, Chief Judge, and WILKINSON and DIAZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Joel Aaron Burrell, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Joel Aaron Burrell appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice under Fed. R. Civ. P. 41(b) for failure to comply with a court order and the court's order denying his Fed. R. Civ. P. 59(e) motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Burrell v. Anderson*, No. 1:21-cv-00864-TSE-TCB (E.D. Va. June 29, 2022; Aug. 3, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*